IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF KOKO ISLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>OTHA S. REDMOND; YVONNE CASTRO REDMOND; JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE ASSOCIATIONS 1-20; DOE CORPORATIONS 2-10; DOE ENTITIES 1-20 AND DOE GOVERNMENTAL UNITS 1-20 ,<br><br>    Defendants. | CV 14-00161 SOM-RLP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KOKO ISLE'S MOTION TO REMAND |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 06, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff Association of Apartment of Owners of Koko Isle's Motion to Remand" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, June 23, 2014.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

AOAO of Koko Isle v. Otha S. Redmond, et al.; CV 14-00161 SOM-RLP

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF ASSOCIATION OF APARTMENT OWNERS OF KOKO ISLE'S MOTION TO REMAND